UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN ALAN KERR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | No. 2:23-cv-2134 AC P<br><br><br>ORDER |

　　　Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed an in forma pauperis application or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate application in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　1.  Petitioner shall submit, within thirty days from the date of this order, an application in support of a request to proceed in forma pauperis or the appropriate filing fee.  Failure to comply with this order will result in a recommendation that this action be dismissed; and

////

////

////

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: October 4, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE