UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN ALAN KERR, | No.  2:23-cv-2134 DJC AC P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and now seeks to amend the petition.  ECF No. 8.  The motion will be granted, and petitioner will be afforded an opportunity to file an amended petition.  Petitioner is cautioned that any amended petition must contain all the claims he seeks to bring, not just claims that he wishes to add.  Any claims that are not contained in the amended petition will not be considered.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to amend the petition (ECF No. 8) is GRANTED.

2. Petitioner may file an amended complaint within thirty days of the service of this order.  In the event petitioner does not file an amended petition, this case will proceed on the original petition.

///

1

3.  Any amended petition must bear the case number assigned to this action and the title "Amended Petition."

4.  The Clerk of the Court is directed to send petitioner the court's form for Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

DATED: July 10, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE